**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-2131**

In Re:  AVA MAUREEN SAWYER,

        Debtor.

--------------------------

AVA MAUREEN SAWYER,

        Plaintiff – Appellant,

    v.

DEAN S. WORCESTER,

        Defendant – Appellee,

    and

ESTATE OF PRESTON CONNER, SR.,

        Creditor.

**No. 09-2133**

In Re:  AVA MAUREEN SAWYER,

        Debtor.

--------------------------

AVA MAUREEN SAWYER,

        Plaintiff – Appellant,

    v.

DEAN S. WORCESTER,

        Defendant – Appellee,

     v.

ESTATE OF PRESTON CONNER,

        Movant.

---

Appeals from the United States District Court for the Eastern District of Virginia, at Alexandria. Leonie M. Brinkema, District Judge. (1:09-cv-00431-LMB-IDD; 1:09-cv-00298-LMB-IDD; 07-13021-RGM)

---

Submitted: November 18, 2010     Decided: December 9, 2010

---

Before KING and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Ava Maureen Sawyer, Appellant Pro Se. John David Griffin, Deborah Campbell Welsh, WINCHESTER LAW GROUP P.C., Winchester, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In these consolidated appeals, Ava Maureen Sawyer seeks to appeal the district court's orders affirming the bankruptcy court's orders overruling Sawyer's objection to the validity of the Appellee's claim in her Chapter 13 proceeding and denying her motions for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Sawyer v. Worcester, Nos. 1:09-cv-00431-LMB-IDD; 1:09-cv-00298-LMB-IDD; 07-13021-RGM (E.D. Va. filed Aug. 26, 2009 & entered Aug. 27, 2009; Aug. 31, 2009). The Appellees have filed a motion to dismiss the appeals for failure to prosecute. We deny the motion as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED